UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 07-7053-TJH<br>CR 01-0530-TJH ✗ | Date | MARCH 26, 2008 |
|---|---|---|---|

| Title | *UNITED STATES OF AMERICA V MARIA ESTHER FIGUEROA* |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR.,  UNITED STATES DISTRICT COURT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES

The court having carefully considered the papers and the evidence submitted by the parties, the court hereby DENIES the following: Petitioners 2255 petition to vacate, set aside or correct sentence by a person in federal custody, Petitioners motion for appointment of counsel and Petitioners motion for leave to proceed in forma pauperis.

The court GRANTS Respondents motion to dismiss filed on January 17, 2008.

**IT IS SO ORDERED.**

cc: all parties

---

CV-90 (12/02)                                   **CIVIL MINUTES - GENERAL**                                   Initials of Deputy Clerk ys