FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>Maria Esten Piovera<br>  Defendant. | CR 01-530 TJH - 2<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//

//

The Court concludes that :

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IMMIGRATION STATUS
FEDERAL PROSECUTION IN ARIZONA - WRIT
_____
_____

IT IS ORDERED that defendant be detained.

DATE: 8/8 , ~~2011~~ 2012

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2